# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEREK MOSS, JR.

NO. 2026 KW 0035

**APRIL 8, 2026**

---

In Re:    Derek Moss, Jr., applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, Nos. 15-
          CR4-127219, 15-CR4-127319.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT DENIED.** Relator does not identify an illegal term in his
sentence. An illegal sentence is one that "exceeds the maximum
sentence authorized by law." La. Code Crim. P. art 881.5. "An
illegal sentence 'is primarily restricted to those instances in
which the term of the prisoner's sentence is not authorized by the
statute or statutes which govern the penalty' for the crime of
conviction." **Montgomery v. Louisiana**, 577 U.S. 190, 196, 136 S.Ct.
718, 726, 193 L.Ed.2d 599 (2016). If the filing does not point to
a claimed illegal term in the sentence, the claim is not cognizable
in a motion to correct an illegal sentence and must be raised
through an application for postconviction relief. **State v. Parker**,
98-0256 (La. 5/8/98), 711 So.2d 694 (*per curiam*).

                         MRT
                         KEB
                         BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.